UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| Case No. | CV 14-4152 DSF (MANx) | Date | 6/13/14 |
|---|---|---|---|
| Title | Joseph Mendez, et al. v. AstraZeneca Pharmaceuticals, LP, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) ORDER REMANDING ACTION

The case is REMANDED to the Superior Court of California, County of Los Angeles for the reasons given by Judge Walter in CV 14-4012 JFW (JPRx) and Judge O'Connell in CV 14-4115 BRO (AGRx).

IT IS SO ORDERED.